IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 4:21-cv-1018 |
| ROBERT J. VENTER, JR. | ) ) ) | |
| Defendant. | ) | |

# COMPLAINT

The United States of America, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action to reduce to judgment over $800,000 of unpaid federal income tax liabilities owed by Robert J. Venter, Jr. ("**Mr. Venter**"). For its complaint, the United States alleges as follows:

## JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction is conferred upon this district court pursuant to 26 U.S.C. §§ 7402(a) and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396.

3. Plaintiff is the United States of America.

4. Defendant Mr. Venter resides within the jurisdiction of this Court.

## COUNT 1
**Judgment for Tax Liabilities against Mr. Venter**

5. On the following dates, a delegate of the Secretary of the Treasury made the following assessments against Mr. Venter for federal income tax liabilities for tax years 2002,

2003, and 2004 (collectively, "**the Income Tax Liabilities**"), which have balances due with accruals and costs of $808,880.25, as of July 25, 2021, as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Balance Due as of 7/25/2021 |
|---|---|---|---|---|
| 12/31/2002 | 05/03/2010 | Tax | $184,647.00 | |
| | 05/03/2010 | Late Payment Interest | $116,656.44 | |
| | 10/07/2013 | Late Payment Interest | $ 47,767.31 | |
| | 10/06/2014 | Late Payment Interest | $ 13,403.46 | |
| | 10/12/2015 | Late Payment Interest | $ 14,080.17 | |
| | 10/18/2018 | Late Payment Interest | $ 33,145.73 | |
| | 10/07/2019 | Late Payment Interest | $ 20,894.28 | |
| | 10/05/2020 | Late Payment Interest | $ 17,806.04 | |
| | | Total payments | $293,361.42 | **$128,259.25** |
| 12/31/2003 | 05/03/2010 | Tax | $174,532.00 | |
| | 05/03/2010 | Late Payment Interest | $ 95,786.64 | |
| | 10/07/2013 | Late Payment Interest | $ 43,396.62 | |
| | 10/06/2014 | Late Payment Interest | $ 12,177.23 | |
| | 10/12/2015 | Late Payment Interest | $ 12,792.02 | |
| | 10/08/2018 | Late Payment Interest | $ 30,082.54 | |
| | 10/07/2019 | Late Payment Interest | $ 19,009.70 | |
| | 10/05/2020 | Late Payment Interest | $ 16,200.00 | |
| | | | | **$381,645.01** |
| 12/31/2004 | 05/03/2010 | Tax | $143,420.00 | |
| | 05/03/2010 | Late Payment Interest | $ 66,670.88 | |
| | 10/12/2015 | Late Payment Interest | $ 10,080.98 | |
| | 10/08/2018 | Late Payment Interest | $ 23,566.29 | |
| | 10/07/2019 | Late Payment Interest | $ 14,891.96 | |
| | 10/05/2020 | Late Payment Interest | $ 12,690.87 | |
| | | | | **$298,975.99** |
| **TOTAL:** | | | | **$808,880.25** |

6.     A delegate of the Secretary of the Treasury gave notice and demand for payment of the Income Tax Liabilities to Mr. Venter. After the application of statutory interest, penalties, other additions, abatements, payments, and credits, Mr. Venter owes $808,880.25, as of July 25, 2021, for the Income Tax Liabilities.

7. Despite notice and demand, Mr. Venter has failed, neglected, or refused to fully pay the Income Tax Liabilities.

8. Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that Mr. Venter is liable to the United States for the Income Tax Liabilities in the amount of $808,880.25, as of July 25, 2021, plus prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

*Statute of limitations has not expired on the Income Tax Liabilities*

9. This action has been commenced within the applicable statute of limitations.

10. 26 U.S.C. § 6502(a) provides that the statute of limitations for collection expires ten (10) years after the date of assessment. Under 26 U.S.C. § 6503(a)(1), the statute of limitations for collection is suspended whenever the IRS is prohibited from collecting the tax by levy or proceeding in court.

11. With respect to a collection due process hearing ("**CDP hearing**"), 26 U.S.C. § 6330(e)(1), provides in relevant part that, "… if a hearing is requested under subsection (a)(3)(B), the levy actions which are the subject of the requested hearing and the running of any period of limitations under section 6502 (relating to collection after assessment) … shall be suspended for the period during which such hearing, and appeals therein, are pending. In no event shall any such period expire before the 90th day after the day on which there is a final determination in such hearing." On September 23, 2010, the IRS received a timely request for a CDP hearing from Mr. Venter. On May 13, 2011, the IRS Appeals resolved Mr. Venter's CDP hearing through a Notice of Determination letter issued to him. Consequently, the 10-year statute of limitations for collection was suspended from September 23, 2010, through May 13, 2011, plus an additional 90 days thereafter, for a total of 322 days.

12.  With respect to bankruptcy filings, 26 U.S.C. § 6503(h) provides that, "The running of the period of limitations provided in section 6501 or 6502 on the making of assessments or collection shall, in a case under title 11 of the United States Code, be suspended for the period during which the Secretary is prohibited by reason of such case … from collecting and— … for collection, 6 months thereafter." On March 16, 2016, Mr. Venter filed a Chapter 7 petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of Texas, Case No. 16-40472. Mr. Venter received a discharge on June 21, 2016. Consequently, the 10-year statute of limitations for collection was also suspended from March 16, 2016, through June 21, 2016, plus 6 months thereafter, for a total of 280 days.

13.  In total, the statute of limitations for collection of the Income Tax Liabilities was extended by 602 days (322 days for Mr. Venter's CDP hearing + 280 days for Mr. Venter's bankruptcy).

14.  The ten (10) year statute of limitations period for collection of the Income Tax Liabilities was extended, and has not expired, as follows:

| Tax Type | Tax Period Ending | Assessment Date | I.R.C. § 6502(a) ten (10) year collection deadline | Extension of I.R.C. § 6502(a) ten (10) year collection deadline by 602 days |
|---|---|---|---|---|
| Income | 12/31/2002 | 05/03/2010 | 05/03/2020 | 12/26/2021 |
| Income | 12/31/2003 | 05/03/2010 | 05/03/2020 | 12/26/2021 |
| Income | 12/31/2004 | 05/03/2010 | 05/03/2020 | 12/26/2021 |

**PRAYER**

WHEREFORE, the United States of America prays for a judgment determining:

A.  That Mr. Venter is liable for the Income Tax Liabilities, which have balances due with accruals and costs of $808,880.25, as of July 25, 2021, plus prejudgment and post judgment

interest thereon at the rates set forth in 26 U.S.C. §§ 6601, 6621 and 28 U.S.C. § 1961(c), until paid; and

   B. That awards the United States such other and further relief as this Court deems just and proper, including its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

         Respectfully submitted,

         DAVID A. HUBBERT
         Acting Assistant Attorney General

        By: /s/ Holly M. Church
         HOLLY M. CHURCH
         Attorney, Tax Division
         State Bar No. 24040691
         Department of Justice
         717 N. Harwood, Suite 400
         Dallas, Texas 75201
         (214) 880-2432
         (214) 880-9742 (FAX)
         Holly.M.Church@USDOJ.gov

         ATTORNEYS FOR THE UNITED STATES